UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE MALEWITZ,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

Case No. 1:12-CV-1285

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's February 6, 2014 Report and Recommendation recommending that the matter be remanded to the Commissioner for further consideration of the evidence of record. The magistrate found that, because Bernadette Ryan, MA, LLP, LLC had a license in psychology, she should have been considered an "acceptable medical source" by the ALJ.

The Report and Recommendation was duly served on the parties on February 6, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued February 6, 2014 (docket no. 20), is **ADOPTED** as the Opinion of the Court. This matter is remanded to the Commissioner for further proceedings consistent with this Order.

Dated: February 26, 2014

       /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE