UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DIANE MALEWITZ,

           Plaintiff,                              Case No. 1:12-CV-1285

v.                                            HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's June 5, 2014 Report and Recommendation recommending that the Court enter an order awarding Plaintiff attorney's fees in the amount of $3,045.00. The Report and Recommendation was duly served on the parties on June 5, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued June 5, 2014 (docket no. 24), is **ADOPTED** as the Opinion of the Court. Judgment is entered in Plaintiff's favor against Defendant in the amount of $3,045.00.

Dated: July 9, 2014                              _____/s/ Gordon J. Quist_____
                                              GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE