UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DIANE MALEWITZ,

                Plaintiff,                                Case No.  1:12-CV-1285

v.                                                Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by Magistrate Judge Green on August 2, 2017. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the August 2, 2017, Report and Recommendation (ECF No. 32) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees (ECF No. 26) is **GRANTED**. Plaintiff's counsel is awarded attorney's fees in the amount of $2,955.00, payable from Plaintiff's award of past-due benefits.


Dated: August 23, 2017                                /s/ Gordon J. Quist
                                                      GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE